UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY ENWERE, | No. C-11-00716 DMR |
|     Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
|     v. | |
| HUD FAIR HOUSING, | |
|     Defendant. | |

On February 16, 2011, Plaintiff Cathy Enwere filed this *pro se* action. Pursuant to Civil Local Rule 3-12(c), the Court *sua sponte* refers this case to Judge Jeremy Fogel to determine whether it is related to *Enwere v. Terman Associates, L.P., et al.*, C07-1239 JF.

IT IS SO ORDERED.

Dated: March 11, 2011

DONNA M. RYU
United States Magistrate Judge