United States District Court

For the Northern District of California

1

2

3                                  UNITED STATES DISTRICT COURT

4                                NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8    CATHY ENWERE,

9              Plaintiff,                              No. C 11-0716 PJH

10         v.                                          **ORDER**

11   HUD FAIR HOUSING,

12             Defendant.

     _____/

13

14         The court is in receipt of plaintiff's filing dated April 8, 2011, in which plaintiff declines

15   to proceed before the undersigned district judge, and requests to proceed before the

16   magistrate judge previously assigned to the instant action.  Plaintiff acknowledges the filing

17   of a declination to proceed before a U.S. Magistrate Judge filed by defendant in the action

18   on April 4, 2011, but appears to believe that defendant's filing of such declination was

19   somehow in error, or unlawful.

20         The court advises plaintiff that in this district, litigants are given the option to consent

21   to proceed before a magistrate judge, but are not required to do so.  To that end, both

22   parties must agree to proceed before a magistrate judge, in order for such a consent to

23   become effective.  Since defendant declined to file any such consent, the case was

24   accordingly, and appropriately, reassigned to the undersigned.

25         The reassignment therefore remains valid, and plaintiff is required to proceed before

26   the undersigned.  Plaintiff is furthermore reminded that she is expected to comply with the

27   Federal Rules of Civil Procedure and this court's local rules, in prosecuting her action

28   before the court, and that she must furthermore comply with any orders issued by the

undersigned through the course of the present litigation.

**IT IS SO ORDERED.**

Dated: April 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2